1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) No. 1:11-CV-00172-OWW-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **MANDATORY SCHEDULING** |
| JASWINDER SINGH SIDHU, et al., | ) **CONFERENCE; ORDER** |
| Defendants. | ) |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 28, 2011 during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 21, 2011                MOORE LAW FIRM, P.C.

                                    /s/ Tanya E. Moore
                                    Tanya E. Moore
                                    Attorneys for Plaintiff Ronald Moore

*Moore v. Sidhu*
Stipulation and Order to Continue Mandatory Scheduling Conference

Page 1

| | | |
|---|---|---|
| 1 | Dated: June 21, 2011 | LAW OFFICE OF MYRON F. SMITH |
| 2 | | /s/ Myron F. Smith |
| 3 | | Myron F. Smith, Attorney for Defendants Jaswinder Singh Sidhu and Kasmira Singh |
| 4 | | Narwal dba Scotty's Liquor Store |
| 5 | Dated: June 21, 2011 | WILD, CARTER & TIPTON |
| 6 | | /s/ Russell G. VanRozeboom |
| 7 | | Russell G. VanRozeboom, Attorneys for Louis A. Gomez |

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 28, 2011 be continued to August 24, 2011 at 8:15AM in Courtroom 3 before the Honorable Oliver W. Wanger. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 21, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

*Moore v. Sidhu*
Stipulation and Order to Continue Mandatory Scheduling Conference

Page 2