IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br>  vs.<br>JASWINDER SINGH, et al.,<br><br>              Defendants. | CASE NO. CV F 11-0172 LJO SKO<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 30.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Lydia Ann Gomez, Co-Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust Dated May 4, 2007 only.  The clerk is directed NOT to close this action.

       IT IS SO ORDERED.

**Dated:   November 30, 2011**           /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE