# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 11-0172 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 30.) |
| vs. | |
| JASWINDER SINGH, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Lydia Ann Gomez, Co-Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust Dated May 4, 2007 only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **November 30, 2011**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1