K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff

Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>JASWINDER SINGH SIDHU and KASMIRA NARWAL dba SCOTTY'S LIQUOR STORE, et al.,<br><br>        Defendants. | No.   1:11-cv-00172-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**WHEREAS**, on March 22, 2012, Plaintiff Ronald Moore ("Plaintiff") and Defendants Jaswinder Singh Sidhu and Kasmira Narwal, dba Scotty's Liquor Store, and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust dated May 4, 2007 (collectively referred to as "Defendants," and together with Plaintiff, the "Parties") participated in a settlement conference ("Settlement Conference");

**WHEREAS**, the Settlement Conference was continued to April 11, 2012, in order to afford the Parties' an opportunity to obtain additional information necessary to facilitate settlement;

**WHEREAS**, the Parties have been working diligently to obtain the additional information, some of which has in fact been obtained, but additional time is required to

PDF created with pdfFactory trial version www.pdffactory.com

obtain the remaining information needed for all Parties to meaningfully participate in settlement discussions;

**NOW, THEREFORE**, it is hereby stipulated by the Parties, through their respective attorneys of record, that the Settlement Conference currently set for April 11, 2012, be continued to the Court's first available date, June 5, 2012, at 10:00 a.m., in Courtroom 7 of this Court before the Honorable Sheila K. Oberto.

Dated:  April 9, 2012                              MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Attorneys for Plaintiff
Ronald Moore

Dated:  April 9, 2012                              WILD, CARTER & TIPTON

/s/ Russell G. VanRoseboom
Russell G. VanRozeboom, Attorneys for
Defendant Louis A. Gomez

Dated:  April 9, 2012                              LAW OFFICE OF MYRON F. SMITH

/s/ Myron F. Smith
Myron F. Smith, Attorneys for
Defendants Jaswinder Singh Sidhu and
Kasmira Singh Narwal dba Scotty's Liquor Store

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for April 11, 2012, be continued to June 5, 2012, at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto.  Updated settlement conference statements shall be provided no more than seven (7) days prior to the settlement conference.

IT IS SO ORDERED.

Dated:  **April 9, 2012**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

*Moore v. Sidhu, et al.*
Stipulation and [Proposed] Order to Continue Settlement Conference

PDF created with pdfFactory trial version www.pdffactory.com