1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:11-CV-00172-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON** |
| vs. | |
| JASWINDER SINGH SIDHU and KASMIRA SINGH NARWAL dba SCOTTY'S LIQUOR STORE, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Jaswinder Singh Sidhu, Kasmira Singh Narwal dba Scotty's Liquor Store and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust dated May 4, 2007) ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 28, 2012                                    MOORE LAW FIRM, P.C.


                                                       /s/Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff Ronald Moore

*Moore v. Sidhu, et al.*
Stipulation for Dismissal; Order Thereon

Page 1

| | |
|---|---|
| Date: June 22, 2012 | WILD, CARTER & TIPTON |
| | /s/ Russell G. VanRozeboom |
| | Russell G. VanRozeboom |
| | Attorney for Defendant Louis A. Gomez |
| Date: June 22, 2012 | LAW OFFICE OF MYRON F. SMITH |
| | /s/ Myron F. Smith |
| | Myron F. Smith |
| | Attorneys for Defendants Jaswinder Singh Sidhu and Kasmira Singh Narwal dba Scotty's Liquor Store |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **June 28, 2012**           **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE

*Moore v. Sidhu, et al.*
Stipulation for Dismissal; Order Thereon