1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com
5
Attorneys for Plaintiff
6  Ronald Moore

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                                    )  No.  1:11-CV-00172-SKO
                                                   )
12            Plaintiff,                            )  **STIPULATION FOR DISMISSAL OF**
                                                   )  **ACTION; ORDER THEREON**
13       vs.                                        )
                                                   )
14 JASWINDER SINGH SIDHU and KASMIRA )
SINGH NARWAL dba SCOTTY'S LIQUOR )
15 STORE, et al.                                    )
                                                   )
16            Defendants.                           )
                                                   )
17 _____ )

18

19       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

20 Jaswinder Singh Sidhu, Kasmira Singh Narwal dba Scotty's Liquor Store and Louis A. Gomez,

21 Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust dated May 4,

22 2007) ("Defendants"), the remaining parties to this action, by and through their respective

23 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

24 action be dismissed with prejudice in its entirety.

25 Date: June 28, 2012                             MOORE LAW FIRM, P.C.

26

27                                                 /s/Tanya E. Moore
                                                   Tanya E. Moore
28                                                 Attorney for Plaintiff Ronald Moore

*Moore v. Sidhu, et al.*
Stipulation for Dismissal; Order Thereon

1  Date: June 22, 2012                                    WILD, CARTER & TIPTON

2

3
                                                          /s/ Russell G. VanRozeboom
4                                                         Russell G. VanRozeboom
                                                           Attorney for Defendant Louis A. Gomez
5

6

7  Date: June 22, 2012                                    LAW OFFICE OF MYRON F. SMITH

8

9
                                                          /s/ Myron F. Smith
10                                                        Myron F. Smith
                                                          Attorneys for Defendants Jaswinder Singh
11                                                        Sidhu and Kasmira Singh Narwal dba
                                                          Scotty's Liquor Store
12

13
                                          **ORDER**
14

15

16       The parties having so stipulated,

17       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

18

19

20

21  IT IS SO ORDERED.

22     Dated:   **June 28, 2012**                         **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

*Moore v. Sidhu, et al.*
Stipulation for Dismissal; Order Thereon
                                          Page 2